IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

RUTH AULET AND GERALDO COTTO )
DE JUSUS, )
                                        )     CASE NO. 3:15-CV-00069
                Plaintiffs, )
v. )
                                        )
BLUEBEARD'S CASTLE HILLTOP VILLAS & )
SPM RESORTS, )
                                        )
                Defendant. )
                                        )

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a mediation conference was held on the 3rd day of May 2016.

The following were present:

✓     1.     All Plaintiffs.

✓     2.     Plaintiff's trial counsel.

___     3.     If Plaintiff is not an individual, the representative who appeared had total authority.

___     4.     All Defendants.

✓     5.     Defendant's trial counsel.

✓     6.     If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

___     The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

___     The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

___     The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

**Mediation Report**
**Page Two**
Ruth Aulet and Geraldo Cotto De Jesus v. Bluebeard's Castle Hilltop Villas & SPM Resorts, Inc.
Case No. 3:15-CV-00069

_____    The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

_____    The parties have reached a total impasse, all issues require Court action.

✓    The matter has been recessed for further mediation.

_____    Other:

DATE: 5-3-16
AMERICAN MEDIATION INSTITUTE

_____
Andrew L. Capdeville, Esq.
Mediator
P.O. Box 6576
St. Thomas, VI  00804
340-774-7784

Distribution:
Wilfredo A. Geigel, Esq.
Daryl C. Barnes, Esq.